UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DEBORAH DEANGELO,

            Plaintiff,

-against-

MAXIMUS/NY MEDICAID CHOICE,
SULLIVAN COUNTY DEPARTMENT
OF SOCIAL SERVICES,

            Defendants.
------------------------------------------------------------------x

Case #: 7:19-cv-07957 (CS)

**PARTIAL AND FINAL JUDGMENT**

Whereas, the above entitled action having been assigned to the Honorable Cathy Seibel, USDJ; and Judge Seibel having issued a Bench Ruling on December 4, 2020 granting Defendant Sullivan County Department's motion to dismiss Plaintiff's Complaint; it is *

ORDERED, ADJUDGED AND DECREED, that Final Judgment is entered in favor of defendant SULLIVAN COUNTY DEPARTMENT OF SOCIAL SERVICES dismissing and removing said defendant from the action, in accordance with FRCP Rule 54(b).

Dated: January 14, 2021

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

**and the Court finding no just reason for delay, given that the claims remaining are not similar or closely related to the claims against the dismissed Defendant, *see Ginett v. Computer Task Group, Inc.*, 962 F.2d 1085, 1091-96(2d Cir. 1992); *Hogan v. Consolidated Rail Corp.*, 961 F.2d 1021, 1025 (2d Cir. 1992),