# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

April 28, 2022

*Ms. Barry is correct.  Plaintiff's opposition is due 5/18/22 (no extensions).  Defendants' reply is due 6/8/22.  The Clerk shall send a copy of this endorsement to Plaintiff.*

*Via ECF and Electronic Mail - chambersnysdseibel@nysd.uscourts.gov*

SO ORDERED.

*/s/ Cathy Seibel*  4/28/22
CATHY SEIBEL, U.S.D.J.

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

          Re:    **DeAngelo v. Maximus, et al.**
                  **Civ. Act. No.: 7:19-cv-07957 (CS)**

Dear Judge Seibel:

      As counsel for Defendant MAXIMUS, Inc. ("Defendant" or "MAXIMUS"), we write to clarify the filing deadline for Defendant's reply in further support of its motion for summary judgment.

      On March 10, 2022, this Court granted Plaintiff's first request for an extension of time to file her opposition to Defendant's motion for summary judgment.  Under such Order, Plaintiff's opposition was due to be filed on April 18, 2022, and Defendant's reply was due on May 9, 2022, three (3) weeks later.  (Dkt. No. 76).  On April 14, 2022, the Court granted Plaintiff's subsequent request for an additional thirty (30) days to file her opposition.  Pursuant to such Order, Plaintiff's deadline to file her opposition is now due on May 18, 2022.  However, the Order did not set a new reply deadline, and the docket still lists Defendant's deadline to file a reply as May 9, 2022.  Out of an abundance of caution, we are respectfully requesting the Court confirm that Defendant's deadline to file its reply is June 8, 2022, three (3) weeks after Plaintiff's opposition is due to be filed.

      We appreciate Your Honor's consideration of this request.

Respectfully submitted,

s/Kathryn J. Barry

Kathryn J. Barry
(631) 247-4612 Direct
Kathryn.Barry@JacksonLewis.com
Jackson Lewis P.C.

cc:    Ms. Deborah DeAngelo (*via* email and U.S. mail)

4861-5044-6622, v. 1