**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBORAH DEANGELO,

                Plaintiff,

-against-                            19 **CIVIL** 7957 (CS)

                          **JUDGMENT**

MAXIMUS/NY MEDICAID CHOICE,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated August 2, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     August 2, 2022

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
**BY:**
                                                    *K. Mango*
                                                          _____
                                                            **Deputy Clerk**